**PORTER, SCOTT, WEIBERG & DELEHANT**
A Professional Corporation
Jennifer E. Duggan, SBN 183833
Gwen E. Scott, SBN 238305
350 University Avenue, Suite 200
Sacramento, California 95825
(916) 929-1481
(916) 927-3706 (facsimile)

Attorneys for Defendants
SAMCO SYSTEMS NO. 104, INC., a California corporation,
PLAZA HOF BRAU, INC. a California corporation, and
THE HOF BRAU INVESTMENT GROUP, LLC., a California corporation

### UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEAN RIKER,<br><br>            Plaintiff,<br><br>v.<br><br>SAMCO SYSTEMS NO. 104, INC., a California corporation, PLAZA HOF BRAU, INC., a California corporation, THE HOF BRAU INVESTMENT GROUP, LLC., a California corporation, and DOES ONE through FIFTY, inclusive,<br><br>            Defendants.<br>_____/ | NO. 2:07-CV-00873-FCD-DAD<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO ANSWER COMPLAINT** |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff JEAN RIKER and

Defendants SAMCO SYSTEMS NO. 104, INC.,  a California Corporation, PLAZA HOF BRAU,

INC., a California Corporation, and THE HOF BRAU INVESTMENT GROUP, LLC., a California

Corporation, by and through the undersigned, that the parties have agreed to a three-week extension

of time to answer the complaint. Defendants will now have until June 26, 2007 to file an answer with this court.

Dated:     June 5, 2007            SINGLETON LAW GROUP

                                                              By   /s/ *Jason K. Singleton*
                                                                        Jason K. Singleton

Dated:     June 5, 2007            PORTER, SCOTT, WEIBERG & DELEHANT
                                                                   A Professional Corporation

                                                              By   /s/ *Jennifer E. Duggan*
                                                                        Jennifer E. Duggan


**ORDER**

IT IS SO ORDERED.

Dated: June 7, 2007

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE