**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Jennifer E. Duggan, SBN 183833
Gwen E. Scott, SBN 238305
350 University Ave., Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

Attorneys for Defendants
SAMCO SYSTEMS NO. 104, INC., a California corporation, PLAZA HOF BRAU, INC. a California Corporation, and THE HOF BRAU INVESTMENT GROUP, LLC., a California corporation

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEAN RIKER, | NO. 2:07-CV-00873-FCD-DAD |
| Plaintiff, | **STIPULATION AND ORDER FOR EXTENSION OF TIME TO ANSWER COMPLAINT** |
| v. | |
| SAMCO SYSTEMS NO. 104, INC., a California corporation, PLAZA HOF BRAU, INC., a California corporation, THE HOF BRAU INVESTMENT GROUP, LLC., a California corporation, and DOES ONE through FIFTY, inclusive, | |
| Defendants. / | |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff JEAN RIKER and Defendants SAMCO SYSTEMS NO. 104, INC., a California Corporation, PLAZA HOF BRAU, INC., a California Corporation, and THE HOF BRAU INVESTMENT GROUP, LLC., a California Corporation, by and through the undersigned, that the parties in accordance with Local Rule 6-142 seek permission from the Court for a two week extension of time to answer the complaint. The parties

have previously stipulated to a three-week continuance and have agreed to another two-week continuance so that Defendants will now each have until and including July 10, 2007 to file an answer with this court.June 25, 2007.

Dated: June 25, 2005                    SINGLETON LAW GROUP


                                        By  /s/ *Jason K. Singleton*
                                            Jason K. Singleton


Dated: June 25, 2005                    PORTER SCOTT
                                        A PROFESSIONAL CORPORATION


                                        By  /s/ *Jennifer E. Duggan*
                                            Jennifer E. Duggan


    IT IS SO ORDERED.

DATED: June 28, 2007

                          _____
                          FRANK C. DAMRELL, JR.
                          UNITED STATES DISTRICT JUDGE