STEVENS & O'CONNELL LLP
CHARLES J. STEVENS (CSBN 106981)
KIMBERLY R. SAYERS-FAY (CSBN 207970)
400 Capitol Mall, Suite 1400
Sacramento, California 95814
Telephone: (916) 329-9111
Facsimile: (916) 329-9110

Attorneys for Defendant SAMCO SYSTEMS NO. 104, INC., a California corporation

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEAN RIKER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SAMCO SYSTEMS NO. 104, INC., a California corporation, PLAZA HOF BRAU, INC., a California corporation, THE HOF BRAU INVESTMENT GROUP, LLC., a California corporation, and DOES OEN THROUGH FIFTY, inclusive,<br><br>　　　　　Defendants. | No.  2:07-CV-00873-FCD-DAD<br><br>STIPULATION AND  ORDER FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT |

　　　IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff JEAN RIKER and Defendant SAMCO SYSTEMS NO.104, INC., a California Corporation, by and through the undersigned, that, in accordance with Local Rule 6-142, the parties below seek permission from the Court for a three-week extension of time to answer the complaint, which would give  SAMCO SYSTEMS NO. 104 to, and including, July 31, 2007 to file its responsive pleading.

The parties have previously stipulated to a three-week extension.  On June 28, 2007, this Court extended the deadline by two weeks.  SAMCO SYSTEMS NO. 104 and Plaintiff believe this further extension is warranted by SAMCO's retention of new counsel on July 3, 2007.  Counsel for SAMCO desires an opportunity to discuss prompt resolution of this matter prior to filing of the responsive pleading.

| | |
|---|---|
| Dated: July 6, 2007 | SINGLETON LAW GROUP |
| | |
| | */s/ Jason K. Singleton* <br> Jason K. Singleton |
| | |
| Dated: July 5, 2007 | STEVENS & O'CONNELL LLP |
| | |
| | */s/ Kimberly Sayers-Fay* <br> Kimberly Sayers-Fay |

IT IS SO ORDERED.

Dated: July 9, 2007

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE