UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

JEAN RIKER,

          Plaintiff(s),

    v.

SAMCO SYSTEMS NO. 104, et al.,

          Defendant(s).

_____/

NO. 2:07- cv-0873 FCD/DAD

**ORDER RE: SETTLEMENT AND DISPOSITION**

      Pursuant to the representations of defendant Plaza Hof Brau, Inc.'s counsel, in the above action, the court has determined that this case has settled as to this defendant only.

      In accordance with the provisions of Local Rule 16-160, dispositional documents are to be filed on or before October 1, 2007.  All dates/hearings set in this matter, to include any pending motions, are hereby VACATED as to this defendant only.

      **FAILURE TO COMPLY WITH THIS ORDER MAY BE GROUNDS FOR THE IMPOSITION OF SANCTIONS ON ANY AND ALL COUNSEL AS WELL AS ANY PARTY OR PARTIES WHO CAUSE NON-COMPLIANCE WITH THIS ORDER.**

      **IT IS SO ORDERED**.

Dated: September 5, 2007

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE