**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Jennifer E. Duggan, SBN 183833
Gwen E. Scott, SBN 238305
350 University Ave., Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

Attorneys for Defendants
PLAZA HOF BRAU, INC. a California Corporation, and THE HOF BRAU INVESTMENT GROUP, LLC., a California corporation

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEAN RIKER,<br><br>            Plaintiff,<br><br>v.<br><br>SAMCO SYSTEMS NO. 104, INC., a California corporation, PLAZA HOF BRAU, INC., a California corporation, THE HOF BRAU INVESTMENT GROUP, LLC., a California corporation, and DOES ONE through FIFTY, inclusive,<br><br>            Defendants.<br>_____/ | NO. 2:07-CV-00873-FCD-DAD<br><br>**STIPULATION TO CONTINUE LIMITATION REGARDING FINAL DISPOSITION OF CASE [Eastern District Local Rule 16-160]** |

Plaintiff, JEAN RIKER and her counsel of record, and Defendants PLAZA HOF BRAU, INC. a California Corporation, and THE HOF BRAU INVESTMENT GROUP, LLC., a California corporation, and their counsel of record, have resolved this case via settlement. Counsel timely filed a Notice of Settlement. On September 5, 2007, in accordance with Eastern District Local Rule 16-160, the court issued its order requiring final disposition papers to be filed no later than October 1, 2007.

The Release and Settlement Agreement is being prepared. The parties anticipate filing final

disposition papers on or about October 15, 2007.  In order for the parties to timely file final disposition papers, the parties and their counsel hereby stipulate and agree to extend the current deadline to October 15, 2007.

Dated: September 24, 2007            PORTER SCOTT
                                                           A PROFESSIONAL CORPORATION

                                                           By   /s/ *Jennifer E. Duggan*
                                                                Jennifer E. Duggan
                                                                Gwen E. Scott
                                                                Attorneys for Defendants
                                                                PLAZA HOF BRAU, INC. a California
                                                                Corporation, and THE HOF BRAU
                                                                INVESTMENT GROUP, LLC., a California
                                                                corporation

Dated: September 25, 2007            By   /s/ *Jason Singleton*
                                                                Jason Singleton
                                                                Attorney for Plaintiff
                                                                JEAN RIKER

**IT IS SO ORDERED.**

**DATED: September 26, 2007**

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE