**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Jennifer E. Duggan, SBN 183833
Gwen E. Scott, SBN 238305
350 University Ave., Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

Attorneys for Defendants
PLAZA HOF BRAU, INC. a California Corporation, and THE HOF BRAU INVESTMENT GROUP, LLC., a California corporation

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEAN RIKER, | NO. 2:07-CV-00873-FCD-DAD |
| Plaintiff, | **STIPULATION TO CONTINUE LIMITATION REGARDING FINAL DISPOSITION OF CASE** [Eastern District Local Rule 16-160] |
| v. | |
| SAMCO SYSTEMS NO. 104, INC., a California corporation, PLAZA HOF BRAU, INC., a California corporation, THE HOF BRAU INVESTMENT GROUP, LLC., a California corporation, and DOES ONE through FIFTY, inclusive, | |
| Defendants. / | |

　　　　Plaintiff, JEAN RIKER and her counsel of record, and Defendants PLAZA HOF BRAU, INC. a California Corporation, and THE HOF BRAU INVESTMENT GROUP, LLC., a California corporation, and their counsel of record, have resolved this case via settlement. Counsel timely filed a Notice of Settlement. On September 24, 2007, in accordance with Eastern District Local Rule 16-160, the court issued an order extending the date for the final disposition papers to be filed no later than October 15, 2007.

　　　　The Release and Settlement Agreement is being circulated for signature. However, as there

are multiple parties that will need to sign, this process is taking longer than anticipated. The parties anticipate filing final disposition papers on or about November 12, 2007. In order for the parties to timely file final disposition papers, the parties and their counsel hereby stipulate and agree to extend the current deadline to November 12, 2007.

Dated: October 17, 2007         PORTER SCOTT
                                A PROFESSIONAL CORPORATION


                                By    /s/ *Jennifer E. Duggan*
                                      Jennifer E. Duggan
                                      Gwen E. Scott
                                      Attorneys for Defendants
                                      PLAZA HOF BRAU, INC. a California
                                      Corporation, and THE HOF BRAU
                                      INVESTMENT GROUP, LLC., a California
                                      corporation


Dated: October 11, 2007         By    /s/ *Jason Singleton*
                                      Jason Singleton
                                      Attorney for Plaintiff
                                      JEAN RIKER


**IT IS SO ORDERED.**

**DATED: October 17, 2007**

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE