Jason K. Singleton, State Bar #166170
lawgroup@sbcglobal.net
Richard E. Grabowski, State Bar #236207
rgrabowski@mckinleyville.net
**SINGLETON LAW GROUP**
611 "L" Street, Suite A
Eureka, CA 95501

(707) 441-1177
FAX 441-1533

Attorney for Plaintiff, JEAN RIKER

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEAN RIKER,<br><br>    Plaintiff,<br>v.<br><br>SAMCO SYSTEMS NO. 104, INC., a California corporation, PLAZA HOF BRAU, INC., a California corporation, THE HOF BRAU INVESTMENT GROUP, LLC., a California corporation, and DOES ONE through FIFTY, inclusive,<br><br>    Defendants. | Case No. 2:07-CV-00873-FCD-DAD<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE and ORDER** |

Plaintiff **JEAN RIKER** and Defendants **SAMCO SYSTEMS NO. 104, INC., PLAZA HOF BRAU, INC., and THE HOF BRAU INVESTMENT GROUP, LLC** (collectively "the Parties"), by and through their respective attorneys of record, hereby stipulate as follows:

1. The Parties have entered into a Confidential Settlement Agreement and General Release in this matter whereby they have resolved all claims and agreed to the dismissal of the above-captioned action with prejudice, each party to bear their own attorney fees and costs.

///

///

///

///

2.   Accordingly, the Parties jointly request the Court to dismiss this action with prejudice.

**SINGLETON LAW GROUP**

Dated:   November 21, 2007     /s/ Jason K. Singleton
Jason K. Singleton, Attorney for Plaintiff,
**JEAN RIKER**

**STEVENS & O'CONNELL, LLP**

Dated:   November 20, 2007     /s/ Kimberly R. Sayers-Fay
Kimberly R. Sayers-Fay, Attorneys for Defendant
**SAMCO SYSTEMS NO. 104, INC.**

**PORTER | SCOTT**

Dated:   November 21, 2007     /s/ Gwen E. Scott
Gwen E. Scott, Attorneys for Defendant
**PLAZA HOF BRAU, INC., and THE HOF BRAU INVESTMENT GROUP, LLC.**

## ORDER OF DISMISSAL WITH PREJUDICE

Having considered the parties' Stipulation of Dismissal with Prejudice and for good cause appearing, it is hereby ORDERED: that this action <u>RIKER vs SAMCO SYSTEMS NO 104, INC., et al.</u>, Case Number 2:07-CV-873 FCD DAD, is dismissed with prejudice with each party to bear their own attorneys fees and costs.

DATED: November 28, 2007

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE